THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie Caldwell, Appellant.
 
 
 

Appeal From Richland County
  James W. Johnson, Jr., Circuit Court
Judge

Unpublished Opinion No.  2008-UP-423
 Submitted July 1, 2008 Filed July 21,
2008

APPEAL DISMISSED

 
 
 
 Kathrine H. Hudgins, South Carolina Commission on Indigent Defense,
 of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Warren B. Giese, of Columbia;
 for Respondent.
 
 
 

PER CURIAM: Willie Caldwell entered an Alford[1] plea to one count of kidnapping and one count of assault and battery with
 intent to kill (ABWIK).  Caldwell appeals, arguing the circuit court erred in
 accepting his Alford plea when he received no real benefit by entering
 the plea.  Caldwell filed a separate pro se brief.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[2] Caldwells appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HEARN,
C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] North Carolina v. Alford, 400 U.S. 25 (1970).
[2] We decide this case without oral argument pursuant to
Rule 215, SCACR.